UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                          CRIMINAL NO. 4:07-CR-0003TSL

KARIM REID                                                  DEFENDANT

**AGREED PRELIMINARY ORDER OF FORFEITURE**

PURSUANT to a separate Plea Agreement between the defendant, Karim Reid (hereafter "defendant"), by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Plea Agreement with the Government to forfeit such property.

2. The defendant agrees that the property described below constitutes, or was derived from proceeds that the said defendant obtained, directly or indirectly, as a result of the offense charged in the indictment and/or it is property that the defendant used to commit, or to facilitate the commission of, the offenses charged in the indictment. Further, the crime charged in Count 1 of the indictment is fraud and related activity in connection with access devices, in violation of Title 18, United States Code, Section 1029(a)(3), a crime punishable by more than

one year's imprisonment. Such property is, therefore, subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C).

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interests of the defendant, Karim Reid in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

**PERSONAL PROPERTY**

(1) $7,600.00 in U.S. Currency;  OK DHF
~~(2) Louis Vuitton luggage;~~
(3) One Breitling watch SN: A44362 and 2015633; and
(4) One Sony laptop computer Model No: PCG4JIL, Service Tag J0021LAZ.

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting to the United States Marshal for publication the proper notice, issued by the Clerk, and the Marshal shall cause such notice to be published once a week for three consecutive weeks in the **Clarion Ledger**, a newspaper published in Hinds County, Mississippi.

3. Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4.   By signing this document the defendant, Karim Reid, acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 16th day of ~~October,~~ November 2007.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Karim Reid, Defendant

APPROVED:

_____
Carrie A. Jourdan, Esq.
Attorney for Karim Reid

_____
David H. Fulcher
Assistant U.S. Attorney